IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EDDIE QUINN                                                                                    PLAINTIFF

v.                                    No.  3:14-cv-263-DPM

LIFE INSURANCE COMPANY OF NORTH
AMERICA; CIGNA GROUP INSURANCE;
and HERMANN COMPANIES INC.                                                  DEFENDANTS

ORDER

**1.** Unopposed motion, *№ 9*, granted.  Defendant's answer or response to complaint due by 17 December 2014.

**2.** Motions, *№ 11 & 12*, granted.  If they have not already done so, Adam B. Rucker and Daniel K. Ryan must register with the CM/ECF for the Eastern District of Arkansas by 9 December 2014.

**3.** Stipulations of dismissal, *№ 6 & 7*, noted.  Cigna Group Insurance and Herman Companies, Inc. are dismissed as defendants.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 December 2014