IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


EDDIE QUINN                                                    PLAINTIFF


v.                          No.  3:14-cv-263-DPM


LIFE INSURANCE COMPANY OF NORTH
AMERICA; CIGNA GROUP INSURANCE;
and HERMANN COMPANIES, INC.                        DEFENDANTS


JUDGMENT

Quinn's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_23 January 2015_